**UNITED STATES of America,**
**Appellee,**

v.

**Cordell SAWYER, Appellant.**

No. 03–3092.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 6, 2004.

Decided Feb. 12, 2004.

James Edward Crowe, Raymond William Gruender, U.S. Attorney, St. Louis, MO, for Plaintiff–Appellee.

Lee Lawless, Michael Dwyer, Asst. F.P. Defender, St. Louis, MO, Renee E. Schooley, Federal Public Defender's Office, St. Louis, IL, Cordell Sawyer, St. Louis, MO, for Defendant–Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

**PER CURIAM.**

Cordell Sawyer appeals the district court's * denial of Sawyer's 18 U.S.C. § 3583(e)(1) motion to terminate supervision. After carefully reviewing the record, we conclude the district court considered the relevant sentencing factors, *see id.,* and thus did not abuse its discretion, *see United States v. Jeanes,* 150 F.3d 483, 484 (5th Cir.1998) (recognizing § 3583(e)(1) confers broad discretion on district court). Accordingly, we affirm, and we grant counsel's motion to withdraw.

* The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.